UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHNNY DELUIS-MORELO,<br><br>　　　　　　　　Petitioner,<br><br>　v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>　　　　　　　　Respondent | Case No. C15-1189-JLR-BAT<br><br>**REPORT AND RECOMMENDATON** |

Johnny DeLuis-Morelo is proceeding *pro se* in this habeas action pursuant to 28 U.S.C. § 2241.  By letter dated July 28, 2015, Mr. DeLuis-Morelo was granted 30 days to either pay the $5.00 filing fee or submit a completed application to proceed *in forma pauperis* ("IFP").  Dkt. 4.  Mr. DeLuis-Morelo was advised that failure to respond to the order by August 27, 2015, could result in dismissal of the case.  *Id*.  To date, Mr. DeLuis-Morelo has neither paid the filing fee nor submitted a completed application for IFP status.[1]  Accordingly, the Court recommends that this action be **DISMISSED** without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.  A proposed order accompanies this Report and Recommendation.

This Report and Recommendation is not an appealable order.  Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the

---

[1] Mr. DeLuis-Morelo has a second habeas petition pending, as well.  *See DeLuis-Morelo v. ICE Field Office Director*, No. 15-1097-RAJ-BAT.

REPORT AND RECOMMENDATON- 1

1 | assigned District Judge enters a judgment in the case.  Objections, however, may be filed and
2 | served upon all parties no later than **September 21, 2015.**  The Clerk should note the matter for
3 | **September 22, 2015**, as ready for the District Judge's consideration if no objection is filed.  If
4 | objections are filed, any response is due within 14 days after being served with the objections.  A
5 | party filing an objection must note the matter for the Court's consideration 14 days from the date
6 | the objection is filed and served.  The matter will then be ready for the Court's consideration on
7 | the date the response is due.  Objections and responses shall not exceed five pages.  The failure
8 | to timely object may affect the right to appeal.
9 |         DATED this 31th day of August, 2015.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATON- 2