# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| JOHNNY DELUIS-MORELO,<br><br>        Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>        Respondent. | Case No. C15-1189-JLR<br><br>**ORDER OF DISMISSAL** |

The Court, after careful consideration of petitioner's proposed habeas petition, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, does hereby find and Order:

1. The Court adopts the Report and Recommendation.
2. This action is DISMISSED without prejudice for failure to pay the applicable filing fee pursuant to 28 U.S.C. § 1914.
3. The Clerk shall send a copy of this Order to petitioner and to Judge Tsuchida.

DATED this 24th day of Sept., 2015.

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL- 1